[No. 32243-5-I.   Division One.   August 22, 1994.]

CASTLE HOMES AND DEVELOPMENT, INC., *Appellant*, v.
THE CITY OF BRIER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-2-00666-7, Gerald L. Knight, J., entered January 14, 1993. *Reversed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Kennedy, JJ.

[No. 31370-3-I.   Division One.   August 22, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. CHARLES
ANTHONY TAIT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00448-4, Michael J. Fox, J., entered August 14, 1992. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Baker, JJ.

[No. 15544-3-II.   Division Two.   August 23, 1994.]

ROGER MOORE, ET AL, *Appellants*, v. JURIS MACS,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-2-01016-1, James B. Sawyer II, J., entered November 4, 1991. *Reversed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.